# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| LENARD HARRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV408-052 |
| | ) | |
| STATE OF GEORGIA and AL ST. LAWRENCE, | ) ) | |
| | ) | |
| Respondents. | ) | |

## REPORT AND RECOMMENDATION

On March 17, 2008, Lenard Harris filed yet another petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] (Doc. 1.) He did not pay the $5 filing fee or move to proceed *in forma pauperis* ("IFP"). On March 21, 2008, the Clerk sent Harris a deficiency notice, which advised him to either pay the filing fee or move to proceed IFP. (Doc. 2.) He was given twenty days, until April 10, 2008, to comply. (Id.) Harris did not respond to the deficiency notice; he appears to have abandoned his claim. Accordingly, his case should be **DISMISSED** for failure to pay the filing

---

[1] This is the fifth § 2254 petition filed by petitioner since 2005. All of his prior petitions were dismissed by this Court. See Harris v. St. Lawrence, No. 4:05cv152 (S.D. Ga. Oct. 4, 2005); Harris v. St. Lawrence, No. 4:06cv158 (S.D. Ga. Aug. 29, 2006); Harris v. St. Lawrence, No. 4:06cv173 (S.D. Ga. Oct. 16, 2006); Harris v. Sheriff, No. 4:07cv053 (S.D. Ga. Oct. 1, 2007).

fee. See Rule 3(a), Rules Governing Section 2254 Cases; 28 U.S.C. § 1914(a).

**SO REPORTED AND RECOMMENDED** this 16th day of April, 2008.

/s/ G.R. SMITH
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**